■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENISSIS QUEZADA, Also Known as QUEZADA GENESIS, Appellant.—Judgment, Supreme Court, New York County (George F. Roberts, J. at plea and sentence), rendered June 25, 1987, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree, and sentencing him to an indeterminate term of 3 years to life imprisonment, unanimously affirmed.

Defendant's failure to challenge the factual sufficiency of the plea allocution by appropriate motion at the trial level, waives the issue on appeal *(People v Lopez,* 71 NY2d 662).

In any event, the record amply demonstrates that there was no factual insufficiency in the plea allocution and that defendant, represented by counsel present in court, entered a knowing and voluntary plea. *(Boykin v Alabama,* 395 US 238.)

We have considered defendant's other contentions and find them to be without merit. Concur—Murphy, P. J., Milonas, Ellerin, Ross and Rubin, JJ.